

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00707-CV

**IN THE MATTER OF J.V.**

From the 98th District Court, Travis County, Texas
Trial Court No. J-33082
Honorable W. Jeanne Meurer, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED May 15, 2013.

_____
Karen Angelini, Justice